INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**FILED**
4:41 pm, May 03, 2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Paul D. Arnold | Case No. 1:22-cv-869-TWP-MG *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | |
| see attached | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number.  A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

I.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

a.  If the plaintiff is an individual:

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____

b.  If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

　　a.　If the defendant is an individual:

　　　　The defendant, *(name)* the Kroger Grocery Stores, is a citizen of the State of *(name)* ohio, OR is a citizen of *(foreign nation)* _____.

　　b.　If the defendant is a corporation, partnership, or other entity:

　　　　The defendant, *(name)* Kroger Grocery Stores, is incorporated under the laws of the State of *(name)* ohio, and has its principal place of business in the State of *(name)* ohio.

　　　　Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

　　*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

　　The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## II.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Paul D. Arnold |
| Street Address | 8721 Lemode Court Art A |
| City and County | Indiananopolis, Marion |
| State and Zip Code | Indiana 46268 |
| Telephone Number | 3178281736 |
| E-mail Address | bizzykritter@yahoo.com |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Steve Miller |
| Job or Title *(if known)* | grocery store clerk |
| Street Address | |
| City and County | Indianapoliis, Marion |
| State and Zip Code | Indiana, 46268 |
| Telephone Number | 3176582624 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | michael B. |
| Job or Title *(if known)* | Grocery Store Clerk |
| Street Address | |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana, 46268 |
| Telephone Number | 3176651704 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | The Kroger Grocery Store Company |
| Job or Title *(if known)* | DBA Store 906 |
| Street Address | willow lake drive |
| City and County | Indanapolis, Marion |
| State and Zip Code | Indiana, 462698 |
| Telephone Number | 3178792460 |
| E-mail Address *(if known)* | |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I worked in the deli department for around my treatment became unberable and i walked off of the job.  Every 4-6 weeks the managers, Michael B. and Steve Miller would ask me and one or two of the female employees for a meeting. After a few minutes, another employee would excuse themselves into the meeting and and ask for the females to be excused from the meeting. Then Steve Miller would tell me i that I was worthless if I could not do the job, and if I could not do the job, I should not have the job. as I said, all of these things were happening 4-6 weeks apart.  I did approach Michael B. the deli Manager and asked if anything could be done about Steve Miller verbally abusing me, and his reply was the "Steve is Steve" and i knew that he would not protect me from Steve, or stop his hurtful ways.  I was a good employee, it was just that the deli need another person was needed after Michael left to work at Meijers and no one else was hired and I could not do the job of two people.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Steve Miller had no right or justification to treat me as he did, and he still works at the kroger store where this happened.  I would like 36 years of foreward pay and benefits and be allowed to retire from the Kroger comapany so there is no chance for me to be under a manager like Steve Miller ever again. Also I feel that a monetary award of some amount should be allowed.

Case 1:22-cv-00869-TWP-MG   Document 1   Filed 05/03/22   Page 6 of 6 PageID #: 6

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   03/02/2022

Signature of Plaintiff   Paul D. Arnold
                        Paul D. Arnold

Print    Save As...    Add Attachment    Reset